UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN SMALL, | : | CIVIL ACTION NO. 3:CV-12-1393 |
| | : | |
| Petitioner | : | (Judge Nealon) |
| | : | |
| v. | : | |
| | : | |
| DAUPHIN COUNTY PRISON, | : | |
| | : | |
| Respondent | : | |

## ORDER

**AND NOW, THIS 20ᵗʰ DAY OF JULY, 2012**, for the reasons set forth in the

Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1.   Petitioner's motion to proceed in forma pauperis, (Doc.
     2), is **GRANTED** only for the purpose of filing the
     complaint.

2.   The petition for writ of habeas corpus is **DISMISSED**
     without prejudice to any right Petitioner may have to
     reassert his instant claims in a properly filed civil rights
     action.

3.   The Clerk of Court is directed to **CLOSE** this case.

_____
**United States District Judge**

FILED
SCRANTON

JUL 2 0 2012

PER _____ DEPUTY CLERK