UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN SMALL, | : | CIVIL ACTION NO. 3:CV-12-1393 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| DAUPHIN COUNTY PRISON, | : | |
| Respondent | : | |

## ORDER

**AND NOW, THIS 20ᵗʰ DAY OF JULY, 2012**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion to proceed in forma pauperis, (Doc. 2), is **GRANTED** only for the purpose of filing the complaint.

2. The petition for writ of habeas corpus is **DISMISSED** without prejudice to any right Petitioner may have to reassert his instant claims in a properly filed civil rights action.

3. The Clerk of Court is directed to **CLOSE** this case.

_[signature]_
United States District Judge

FILED
SCRANTON
JUL 20 2012
PER ___ DEPUTY CLERK